# CASE ANNOUNCEMENTS

*September 10, 2010*

[Cite as *09/10/2010 Case Announcements*, 2010-Ohio-4259.]

## MOTION AND PROCEDURAL RULINGS

**2009–2110.   State v. Poole.**
Ashtabula App. No. 2009–A–0010, 185 Ohio App.3d 38, 2009-Ohio-5634. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration of the joint motion of appellant and the Ohio Association of Criminal Defense Lawyers to divide oral argument scheduled for September 14, 2010,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

**2010–0240.   In re D.B.**
Licking App. No. 2009CA00024, 2009-Ohio-6841. This cause is pending before the court as an appeal from the Court of Appeals for Licking County. Upon consideration of appellant's motion to file under seal the supplement to merit brief and appendix to merit brief,

It is ordered by the court that the motion is granted.

**2010–0707.   State ex rel. Cydrus v. Ohio Pub. Emps. Retirement Sys.**
Franklin App. No. 09AP–595, 2010-Ohio-1143. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion to redact the record,

It is ordered by the court that the motion is granted, and appellee shall come to the Supreme Court of Ohio Clerk's office and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, in this case within ten days of the date of this entry.

# CASE ANNOUNCEMENTS

*September 13, 2010*

[Cite as *09/13/2010 Case Announcements*, 2010-Ohio-4278.]

## DISCIPLINARY CASES

**2010–0025.   Cleveland Metro. Bar Assn. v. Lockshin.**
It is ordered by this court, sua sponte, that Andrew Craig Lockshin, Attorney Registration No. 0075708, last known business address in Fremont, Ohio, is found in contempt for failure to comply with this court's order of May 25, 2010, to wit: failure to surrender his attorney registration card and file an affidavit of compliance on or before June 24, 2010.

# CASE ANNOUNCEMENTS

*September 14, 2010*

[Cite as *09/14/2010 Case Announcements*, 2010-Ohio-4294.]